# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0879
LT Case Nos. 2024-0033RX
2023-4508RU

_____

EXSPO RETAIL, LLC D/B/A
CHRONIC GURU,

    Appellant,

    v.

DEPARTMENT OF AGRICULTURE
AND CONSUMER SERVICES,

    Appellee.

_____

Administrative Appeal from the Department of Agriculture and Consumer Services.
Brandice Davidson Dickson, Judge.

Amy W. Schrader and Maia Fleischman, of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., Tallahassee, for Appellant.

Darby G. Shaw, of the Department of Agriculture and Consumer Services, Tallahassee, for Appellee.

February 10, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and WALLIS and LAMBERT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____